FILED

MAR 04 2015

Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 3:15-CR-26 |
| v. | ) | |
| | ) | JUDGES ______/______ |
| BRIDGET FLETCHER, | ) | |
| | ) | **UNDER SEAL** |
| Defendant. | ) | |

**MOTION TO SEAL INDICTMENT**

The United States of America, by and through its counsel, Tracy L. Stone, Assistant United States Attorney for the Eastern District of Tennessee, hereby moves the Court for entry of an order sealing the indictment in this matter and this entire case. The defendant is not in custody. Additionally, this case is part of a larger, ongoing investigation that needs to be protected. So as not to alert the defendant in advance of her pending arrest, and to not compromise the larger investigation, it is respectfully requested that the Court seal the indictment and this case until such time as the defendant is arrested and this Court orders the indictment and case be unsealed.

Respectfully submitted,

WILLIAM C. KILLIAN
United States Attorney

By: ______________________
TRACY L. STONE
Assistant United States Attorney