IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | No. 3:15-CR-26 |
| v. | ) | |
| | ) | |
| BRIDGET FLETCHER, | ) | (VARLAN / SHIRLEY) |
| | ) | |
| Defendant. | ) | |

**O R D E R**

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or report and recommendation regarding disposition by the District Court as may be appropriate. This case is before the Court on the Government's Motion to Declare Case Complex and Extended [Doc. 12], filed on March 31, 2015. The Government seeks to have this case declared complex for purposes of the Speedy Trial Act. Defendant Fletcher has filed a Notice of Change of Plea [Doc. 14], stating that she has signed a plea agreement and submitted it to the Government. Because the Defendant is no longer proceeding to trial, the Government's Motion to Declare Case Complex and Extended [**Doc. 12**] is **DENIED as moot**. The pretrial conference scheduled for May 7, 2015, at 2:30 p.m., is **CANCELLED**.

**IT IS SO ORDERED.**

ENTER:

s/ C. Clifford Shirley, Jr.
United States Magistrate Judge